COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-255-CR

PHILLIP A. WINTERS                   APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL COURT NO. 10 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant’s Withdrawal Of Notice Of Appeal.” 
 The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f). PER CURIAM

PANEL D: 
WALKER, J.; CAYCE, C.J.; and MCCOY
, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: August 23, 2007 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.